## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

YU, HU YEONG

YU, HYUNG HEE

                    Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-46278 JS

JUDGE JOHN SQUIRES

### TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
         BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/07/05. The Trustee was appointed on 10/07/05. An order for relief under Chapter 7 was entered on 10/07/05.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 9/13/07 is as follows:

      a. RECEIPTS (See Exhibit C)             $        31,601.88

| | | |
|---|---|---:|
| b. DISBURSEMENTS (See Exhibit C) | $ | 15,618.92 |
| c. NET CASH available for distribution | $ | 15,982.96 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|   1. Trustee compensation requested (See Exhibit E) | $ | 3,910.19 |
|   2. Trustee Expenses (See Exhibit E) | $ | 90.00 |
|   3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 7,604.75 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.    The Bar Date for filing unsecured claims expired on 06/28/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.  The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 11,604.94 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 131,008.91 |

7.    Trustee proposes that unsecured creditors receive a distribution of 3.34% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$7,604.75.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$11,604.94. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.    A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated:  9/13/07                          RESPECTFULLY SUBMITTED,


                                 By:/s/David Grochocinski
                                    DAVID GROCHOCINSKI, TRUSTEE
                                    1900 RAVINIA PLACE
                                    ORLAND PARK, IL  60462
                                    Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Yu, Hu Yeong & Kyung Hee

September 13, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Adversary** | | | |
| 12/27/2006 DEG | Letter to Gail Ingram with check in the amount of $4,000.00 and order approving same; send overnight<br>Adversary | | 0.50<br>350.00/hr | 175.00 |
| 1/23/2007 DEG | Letter to Friedman & Wexler regarding release of lien on real estate<br>Adversary | | 0.30<br>350.00/hr | 105.00 |
| 7/12/2007 DEG | Receipt of recorded release of judgment with CitiBank SD NA<br>Adversary | | 0.10<br>350.00/hr | 35.00 |
| | SUBTOTAL: | [ | 0.90 | 315.00] |
| | **General Administration** | | | |
| 11/10/2005 DEG | Review of schedules and statement of financial affairs prior to 341 meeting<br>General Administration | | 0.50<br>350.00/hr | 175.00 |
| 1/4/2006 DEG | Prepared motion to extend time to file complaints; order; file with court<br>General Administration | | 1.50<br>350.00/hr | 525.00 |
| 1/13/2006 DEG | Appear in court; entry of order extending time to file complaints<br>General Administration | | 0.50<br>350.00/hr | 175.00 |
| 2/2/2006 DEG | Receipt and review of motion to convert case by Philip Igoe<br>General Administration | | 0.50<br>350.00/hr | 175.00 |
| 2/7/2006 DEG | Send listing agreement back to broker signed<br>General Administration | | 0.80<br>350.00/hr | 280.00 |
| 2/8/2006 DEG | Review of file and tc with attorney, preparation of e-mail regarding interest of estate in real estate and amount needed to buy interest<br>General Administration | | 1.00<br>350.00/hr | 350.00 |



Yu, Hu Yeong & Kyung Hee                                                               Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2006 | DEG | Prepared initial report of assets; bar date set for 6/28/07<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 7/28/2006 | DEG | Review of claims docket<br>General Administration | 1.00<br>350.00/hr | 350.00 |
| 10/3/2006 | DEG | Letter to broker with contact information for owners; need to view property and do analysis<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 11/2/2006 | DEG | Telephone call from Kelly on $10,000.00 regarding certified services<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 11/3/2006 | DEG | Email to Bodie & Igo regarding offer of 17/5, etc.<br>General Administration | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Email to broker regarding debtors' offer to settle interest in property<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 12/27/2006 | DEG | Prepared letter with check payable to Certified Services, inc. for release of judgment lien upon real estate; via overnight delivery<br>General Administration | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Letter and check to broker with commissions for services of sale of equity interest<br>General Administration | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Receipt and review of letter from G. Ingram regarding payment of $4,000 due by 12/29/06<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 12/29/2006 | DEG | Prepared letter with order to debtors regarding approval of sale of interest in real estate to them for $31,500.00<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 1/23/2007 | DEG | Letter to G. Ingram regarding need to receive recordable release or funds need to be returned by client<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 1/24/2007 | DEG | Facsimile letter to Kevin Kelly regarding release of lien on Certified Services' payment<br>General Administration | 0.40<br>350.00/hr | 140.00 |
| 1/25/2007 | DEG | Order tract search<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 1/28/2007 | DEG | Receipt and review of tract search<br>General Administration | 0.50<br>350.00/hr | 175.00 |
| 3/6/2007 | DEG | Facsimile letter to G. Ingram regarding release not yet received<br>General Administration | 0.10<br>350.00/hr | 35.00 |
| 5/16/2007 | DEG | Letter to accountant with order of consolidation<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 7/30/2007 | DEG | Email to Friedman & Wexler with order allowing payment of $4,000 in exchange for a release of judgment lien on the real estate in Hanover Park<br>General Administration | 0.30<br>350.00/hr | 105.00 |
|  | DEG | Prepared letter with recorded release to debtors with respect to Citibank<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 9/12/2007 | DEG | Review invoice and tax returns from accountant; prepare prompt determination letters<br>General Administration | 0.70<br>350.00/hr | 245.00 |
| 9/13/2007 | DEG | Prepared final report<br>General Administration | 2.50<br>350.00/hr | 875.00 |

Yu, Hu Yeong & Kyung Hee                                                      Page      3

|  | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [   14.60 | 5,110.00] |
| For professional services rendered | 15.50 | $5,425.00 |

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | **Recorder of Deeds** | $30.00 |
| 2) | **Property Insight** | <u>60.00</u> |
| | **TOTAL COSTS** | $<u>90.00</u> |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                            $             31,601.88

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                      $               4,360.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                              $             11,615.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 05B-46278 JS | |
| **Case Name:** | YU, HU YEONG | |
| | YU, HYUNG HEE | |
| **Period Ending:** | 09/13/07 | |

| | |
|---|---|
| **Trustee:** (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 10/07/05 (f) |
| **§341(a) Meeting Date:** | 11/29/05 |
| **Claims Bar Date:** | 06/28/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1841 GROSSE POINT CIRCLE, HANOVER PARK | 200,000.00 | 10,505.00 | | 31,500.00 | FA |
| 2 | CASH | 110.00 | 0.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS, PICTURES, ETC. | 50.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 550.00 | 0.00 | | 0.00 | FA |
| 7 | MISC ITEMS | 300.00 | 0.00 | | 0.00 | FA |
| 8 | INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION | 4,665.00 | 0.00 | | 0.00 | FA |
| 10 | 1996 FORD TAURUS | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1995 NISSAN MAXIMA | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1992 MERCURY SABLE | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 101.88 | Unknown |
| **13** | **Assets**    **Totals** (Excluding unknown values) | **$215,975.00** | **$10,505.00** | | **$31,601.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

BROKER TO BE EMPLOYED; EXTEND TIME TO FILE COMPLAINTS
1/31/06 - NEW 341 MEETING DATE

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 05B-46278 JS | |
| **Case Name:** | YU, HU YEONG | |
| | YU, HYUNG HEE | |
| **Period Ending:** | 09/13/07 | |

| | | |
|---|---|---|
| **Trustee:** | (520067) | DAVID GROCHOCINSKI, TRUSTEE |
| **Filed (f) or Converted (c):** | 10/07/05 (f) | |
| **§341(a) Meeting Date:** | 11/29/05 | |
| **Claims Bar Date:** | 06/28/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

SETTLED INTEREST IN REAL ESTATE AND SETTLED JUDGMENT LIENS WITH SECURED CREDITORS; AWAITING TAX RETURNS PRIOR TO CLOSURE OF CASE

**Initial Projected Date Of Final Report (TFR):** April 30, 2007      **Current Projected Date Of Final Report (TFR):** April 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-46278 JS |
| **Case Name:** | YU, HU YEONG |
| | YU, HYUNG HEE |
| **Taxpayer ID #:** | 13-7547146 |
| **Period Ending:** | 09/13/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****56-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/13/06 | {1} | HUYEONG YU & KYUNG HEE YU | SETTLEMENT REGARDING REAL ESTATE | 1149-000 | 11,500.00 | | 11,500.00 |
| 11/13/06 | {1} | HY Y YU | SETTLEMENT REGARDING REAL ESTATE | 1149-000 | 10,000.00 | | 21,500.00 |
| 11/13/06 | {1} | HU Y YU | SETTLEMENT REGARDING REAL ESTATE | 1149-000 | 10,000.00 | | 31,500.00 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.03 | | 31,511.03 |
| 12/27/06 | 1001 | KOENIG & STREY | COMMISSION TO REALTOR | 3510-000 | | 1,575.00 | 29,936.03 |
| 12/27/06 | 1002 | CITIBANK NA | SETTLEMENT/RELEASE OF LIEN/ACCT#5398410001068295 | 4110-000 | | 4,000.00 | 25,936.03 |
| 12/28/06 | | To Account #********5666 | TRANSFER TO PAY LIEN OF CERTIFIED SERVICES | 9999-000 | | 10,000.00 | 15,936.03 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.49 | | 15,955.52 |
| 01/08/07 | 1003 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 17.07 | 15,938.45 |
| 01/11/07 | 1004 | EXPRESS ONE CHICAGO | OVERNIGHT DELIVERY CHARGES | 2990-000 | | 12.93 | 15,925.52 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.20 | | 15,936.72 |
| 02/12/07 | 1005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-46278, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 13.92 | 15,922.80 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.94 | | 15,930.74 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.50 | | 15,939.24 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.79 | | 15,948.03 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.80 | | 15,956.83 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.23 | | 15,965.06 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.09 | | 15,974.15 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.81 | | 15,982.96 |

| | | | | **Subtotals :** | **$31,601.88** | **$15,618.92** | |

{} Asset reference(s)

Printed: 09/13/2007 02:21 PM   V.9.55

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-46278 JS | |
| **Case Name:** | YU, HU YEONG | |
| | YU, HYUNG HEE | |
| **Taxpayer ID #:** | 13-7547146 | |
| **Period Ending:** | 09/13/07 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****56-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **31,601.88** | **15,618.92** | **$15,982.96** |
| | | | Less: Bank Transfers | | 0.00 | 10,000.00 | |
| | | | **Subtotal** | | **31,601.88** | **5,618.92** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$31,601.88** | **$5,618.92** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-46278 JS |
| **Case Name:** | YU, HU YEONG |
| | YU, HYUNG HEE |
| **Taxpayer ID #:** | 13-7547146 |
| **Period Ending:** | 09/13/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****56-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/06 | | From Account #********5665 | TRANSFER TO PAY LIEN OF CERTIFIED SERVICES | 9999-000 | 10,000.00 | | 10,000.00 |
| 12/28/06 | 101 | CERTIFIED SERVICES | RELEASE OF JUDGMENT LIEN AGAINST 1841 GROSSE POINT CIRCL, HANOVER PARK | 4110-000 | | 10,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | 10,000.00 | 0.00 | |
| **Subtotal** | 0.00 | 10,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10,000.00** | |

| | |
|---|---|
| Net Receipts : | 31,601.88 |
| Net Estate : | $31,601.88 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****56-65** | **31,601.88** | **5,618.92** | **15,982.96** |
| **Checking # ***-*****56-66** | **0.00** | **10,000.00** | **0.00** |
| | **$31,601.88** | **$15,618.92** | **$15,982.96** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>YU, HU YEONG<br>YU, HYUNG HEE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-46278 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,604.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,378.02 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>                $ 15,982.96

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $      11,604.94 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 6,265.00 | 6,265.00 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 124.75 | 124.75 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 90.00 | 90.00 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 3,910.19 | 3,910.19 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,215.00 | 1,215.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $          0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $          0.00 | |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $           0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $           0.00 | |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $           0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $           0.00 | |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $           0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $           0.00 | |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     131,008.91 | 3.34% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVC | 6,006.38 | 200.72 |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVC | 10,405.15 | 347.72 |
| 003 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 3,660.68 | 122.33 |
| 004 | US DEPT. OF EDUCATION | 8,534.00 | 285.19 |
| 005 | CITIBANK NA | 5,059.68 | 169.08 |
| 007 | B-LINE, LLC/JUNIPER BANK | 7,779.22 | 259.96 |
| 008 | B-LINE, LLC/CHASE BANK USA NA | 17,561.41 | 586.86 |
| 009 | B-LINE, LLC/CHASE BANK USA NA | 8,483.18 | 283.49 |

| 010 | AMERICAN EXPRESS BANK FSB | 11,851.43 | 396.05 |
| 011 | LVNV FUNDING LLC ITS SUCCESSOR AND ASSIGNS | 902.92 | 30.17 |
| 012 | MBNA AMERICA BANK NA | 16,758.24 | 560.02 |
| 013 | CITIBANK SD NA | 6,381.34 | 213.25 |
| 014 | CITIBANK SD NA | 24,614.45 | 822.56 |
| 015 | CITIBANK SD NA | 3,010.83 | 100.62 |
| | | TOTAL $ | 4,378.02 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 006 | CERTIFIED SERVICES, INC.<br>1733 WASHINGTON STREET<br>SUITE 2<br>WAUKEGAN, IL  60085- | $    15,741.50 | Withdrawn |

　　　　WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____

　　　　　　　　　　　　　　　　　　　　　　　DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 6,265.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 124.75 | |
| | | | 6,389.75 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,215.00 | |
| | | | 1,215.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $        0.00 | $      7,604.75 | $      7,604.75 |

1