**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: <br> YU, HU YEONG <br> YU, HYUNG HEE <br><br> Debtor(s) | CHAPTER 7 CASE <br><br> CASE NO. 05B-46278 JS <br><br> JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: DUPAGE COUNTY COURTHOUSE
   505 N. COUNTY FARM ROAD, ROOM 2000
   WHEATON, ILLINOIS 60187

   On: **November 16, 2007**
   At: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts $ 31,601.88

   b. Disbursements $ 15,618.92

   c. Net Cash Available for Distribution $ 15,982.96

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $6,265.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $124.75 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Expenses) | 0.00 | $90.00 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $3,910.19 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $1,215.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $131,008.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3.34%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVC | $ 6,006.38 | $ 200.72 |
| 002 | DISCOVER BANK/DISCOVER FINANCIAL SVC | $ 10,405.15 | $ 347.72 |
| 003 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 3,660.68 | $ 122.33 |

| | | | |
|---|---|---|---|
| 004 | US DEPT. OF EDUCATION | $ 8,534.00 | $ 285.19 |
| 005 | CITIBANK NA | $ 5,059.68 | $ 169.08 |
| 007 | B-LINE, LLC/JUNIPER BANK | $ 7,779.22 | $ 259.96 |
| 008 | B-LINE, LLC/CHASE BANK USA NA | $ 17,561.41 | $ 586.86 |
| 009 | B-LINE, LLC/CHASE BANK USA NA | $ 8,483.18 | $ 283.49 |
| 010 | AMERICAN EXPRESS BANK FSB | $ 11,851.43 | $ 396.05 |
| 011 | LVNV FUNDING LLC ITS SUCCESSOR AND ASSIGNS | $ 902.92 | $ 30.17 |
| 012 | MBNA AMERICA BANK NA | $ 16,758.24 | $ 560.02 |
| 013 | CITIBANK SD NA | $ 6,381.34 | $ 213.25 |
| 014 | CITIBANK SD NA | $ 24,614.45 | $ 822.56 |
| 015 | CITIBANK SD NA | $ 3,010.83 | $ 100.62 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books & records of the debtor, 1996 Ford Taurus, 1995 Nissan Maxima and 1992 Mercury Sable


Dated: October 19, 2007          For the Court,

                                 KENNETH S. GARDNER
                                 Kenneth S. Gardner
                                 Clerk of the United States
                                 219 S. Dearborn Street; 7th Floor
                                 Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE

ORLAND PARK IL 60462
Phone No.: (708) 226-2700

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2             Date Rcvd: Oct 19, 2007
Case: 05-46278                Form ID: pdf002          Total Served: 69

The following entities were served by first class mail on Oct 21, 2007.
db         +Hu Yeong Yu,    1841 Grosse Point Circle,    Hanover Park, IL 60133-6723
jdb        +Kyung Hee Yu,    1841 Grosse Point Circle,    Hanover Park, IL 60133-6723
aty        +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Philip A Igoe,    Law Offices Of Phillip A Igoe,    221 N LaSalle St,    Chicago, IL 60601-1206
tr         +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
10038104   +AT&T,    PO BOX 8212,    Aurora, IL 60572-8212
10038102   +Allied Waste Services,    1330 Gasket Drive,    `,   Elgin, IL 60120-7543
10732865    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10038103   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
10038105   +Bac/Fleet-Bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
10038106   +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10038107   +Branch 825 Nalc Credit,    240 N West Ave,    Elmhurst, IL 60126-2532
10038108   +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
10038109   +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
10718911   +Certified Services Inc,    co Kevin M Kelly PC,    10 E 22nd Street,    Suite 216,
             Lombard IL 60148-6108
10038110   +Chase Home Finance,    PO BOX 9001871,    Louisville, KY 40290-1871
10038111   +Chase Na,    100 Duffy Ave,    Hicksville, NY 11801-3639
10038112   +Chase Na,    100 Duffy Ave # 4h2,    Hicksville, NY 11801-3639
10038113   +Cingular Wireless,    PO BOX 6428,    Carol Stream, IL 60197-6428
10038114   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10038115   +Citibank,    PO BOX 209012,    Brooklyn, NY 11220-9012
10799269    Citibank (South Dakota) NA,    Citibank/CHOICE,    POB 6305,    The Lake NV 88901-6305
10038116   +Citibank (South Dakota), NA,    c/o Northland Group Inc.,    PO BOX 390846,    Edina, MN 55439-0846
10038117   +Citibank Fsb,    Po Box 769006,    San Antonio, TX 78245-9006
10707767    Citibank NA,    c/o Citibank/Choice,    1000 Technology Dr,    MS 504,    Chicago, IL 60604
10038118   +Citicorp Savings Ill,    500 W Madison St,    Chicago, IL 60661-2566
10038119   +Comerica Bank,    Pob 2926,    Toledo, OH 43606-0926
10038120   +Direct Loan Svc System,    501 Bleeker Street,    Utica, NY 13501-2401
10038122   +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10038124   +Fst Usa Bk,    Po Box 8650,    Wilmington, DE 19899-8650
10038125   +Gemb/Casual Corner,    Po Box 981400,    El Paso, TX 79998-1400
10038126   +Gemb/Exxonmobil,    Po Box 981400,    El Paso, TX 79998-1400
10038127   +Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
10038128   +Gemb/Sams Club,    Po Box 981400,    El Paso, TX 79998-1400
10038129    Hsbc Bank Nv Fka Hhlb,    Pob 98706,    Las Vegas, NV 89193
10038130   +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
10038131   +Hsbc/Ikea,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
10038132   +Jeong Hong,    104 Dartmouth Court,    Glenview, IL 60026-5914
10038133   +Juniper Financial Corp,    Po Box 26182,    Wilmington, DE 19899-6182
10038134   +Kca Financial Svcs,    628 North St,    Geneva, IL 60134-1356
10038135   +Lord & Taylor,    300 Sheffield Ctr,    Lorain, OH 44055-3157
10796746   +MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10038136   +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
10038137   +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
10038138   +Northwest Collectors,    3601 Algonquin Rd Ste 50,    Rolling Meadows, IL 60008-3126
10038139   +Pay Pal,    c/o Providian Processing Svcs.,    PO BOX 660487,    Dallas, TX 75266-0487
10038140   +Quest Diagnostics,    PO BOX 64500,    Baltimore, MD 21264-4500
11265968   +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10038141   +Resurrection Health Care,    Westlake Hospital,    1225 Lake Street,    Melrose Park, IL 60160-4000
10649865   +Revenue Production Management Inc,    POB 830913,    Birmingham AL 35283-0913
10038142   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
10038143   +State Farm Insurance Companies,    2702 Ireland Grove Rd.,    Bloomington, IL 61709-0002
10038144   +Target National Bank,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3400
10704426    UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
             GREENVILLE, TX 75403-5609
10038145   +Universal Card/Cbsdna,    Po Box 6241,    Sioux Falls, SD 57117-6241
10038146   +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401
10038147   +Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566-9180
10038148   +Washington Mutual Home,    324 W Evans St,    Florence, SC 29501-3430
10038149   +Wells Fargo Hm Mortgag,    7495 New Horizon Way,    Frederick, MD 21703-8302
10649866   +Westlake Hospital Anesthesia Group,    520 East 22nd St,    Lombard IL 60148-6110
10038150   +Wfnnb/Express,    Po Box 330066,    Northglenn, CO 80233-8066
The following entities were served by electronic transmission on Oct 20, 2007.
10720314   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 20 2007 03:34:34
             B-Line, LLC/ Chase Bank USA, N.A.,    B-Line, LLC,    Mail Stop 550,    2101 4th Ave, Ste 1030,
             Seattle, WA 98121-2317
10720312   +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 20 2007 03:34:34
             B-Line, LLC/ Juniper Bank,    B-Line, LLC,    Mail Stop 550,    2101 4th Ave, Ste 1030,
             Seattle, WA 98121-2317
10038105   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 20 2007 03:03:47     Bac/Fleet-Bkcard,
             200 Tournament Dr,    Horsham, PA 19044-3606
10038106   +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 20 2007 03:03:36     Bank Of America,
             Po Box 1598,    Norfolk, VA 23501-1598
10677891    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2007 03:08:49
             Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 19, 2007
Case: 05-46278                Form ID: pdf002          Total Served: 69

The following entities were served by electronic transmission (continued)
10038121        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2007 03:08:49      Discover Financial Svc,
                Po Box 15316,    Wilmington, DE 19850
10038123       +E-mail/Text: jerri.willis@flagstar.com                               Flagstar Bank,
                5151 Corporate Dr,    Troy, MI 48098-2639
10749538        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC., its successors and assigns, as,    assignee of Washington Mutual Finance, L,
                 Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
10796746       +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 20 2007 03:03:46
                 MBNA America Bank N.A.,    Mailstop DE5-014-02-03,    PO Box 15168,   Wilmington, DE 19850-5168
10038137       +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 20 2007 03:07:02      Mbna America,
                 Pob 17054,   Wilmington, DE 19884-0001
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 21, 2007**                        **Signature:**   *Joseph Speetjens*